**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JOHN MABLE, Individually,
and on behalf of All Others
Similarly Situated Who Consent to Their
Inclusion in a Collective Action;

        CASE NUMBER:
        1:13-cv-03658-JOF

    Plaintiff,

v.

AT&T SERVICES,
INC., a foreign corporation

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## OF ACTION WITH PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41 (a)(1), Plaintiff voluntarily dismisses this action in its entirety with prejudice. In accordance with Federal Rule of Civil Procedure (41)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Dated this 21st day of January, 2014 and respectfully submitted by:

Feldman Morgado, PA | 501 North Reo Street | Tampa | Florida | 33609 | PH (813) 639-9366

*/s/ Mitchell L. Feldman, Esq.*
Mitchell L. Feldman, Esq.
Georgia Bar No. 257791
Feldman Morgado, P.A.
1201 Peachtree Street, Suite 200
Atlanta, Georgia 30361
Telephone: (813) 639-9366
Facsimile: (813) 639-9376
Email: mfeldman@ffmlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2014, the foregoing was filed via the Court's CM/ECF electronic system. Notice of this filing is being mailed via U.S. mail to the Defendant, AT&T Services, Inc., at 1010 North St. Mary's Street, Rm. 9-002, San Antonio, Texas 78215.

*/s/ Mitchell L. Feldman, Esq.*
Mitchell L. Feldman, Esq.